# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

v.                 **Case No. 4:16-cr-00061-01 KGB**

**BRENDA MONTGOMERY**                                             **DEFENDANT**

## ORDER

Pending is defendant Brenda Montgomery's motion to continue sentencing hearing (Dkt. No. 32). The government filed a response objecting to the motion (Dkt. No. 33). For good cause shown, the motion is granted.

By agreement of the parties, the sentencing hearing in this matter is rescheduled to Thursday, September 29, 2016 at 3:00 p.m.

It is so ordered this 29th day of September, 2016.

_____
Kristine G. Baker
United States District Judge