## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                Case No. 4:16-cr-00061-01 KGB

BRENDA MONTGOMERY                                       DEFENDANT

### AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

Pending is a joint motion to correct or reduce sentence pursuant to Rule 35(A) of the Federal Rules of Civil Procedure (Dkt. No. 49).

For good cause shown, the Judgment and Commitment Order entered in this matter on October 3, 2016 (Dkt. No. 45), is hereby amended to reflect the following:

1. The defendant Brenda Montgomery is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 51 months.

2. The defendant Brenda Montgomery is individually liable or responsible for restitution in the amount of $1,317,000.00. Restitution is not joint and several with the defendant's co-defendants.

All other conditions set forth in the original Judgment and Commitment Order (Dkt. No. 45) remain in full force and effect.

It is so ordered this 6th day of October, 2016.

                                                   Kristine G. Baker
                                                   United States District Judge